UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY SANTOS,<br><br>    Plaintiff,<br><br>-against-<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>    Defendant. | Civil No. 11-cv-3707<br><br>**NOTICE OF ACCEPTANCE OF FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

DATED:  November 14, 2011     By: */s/ Adam T. Hill*
　　　　　　　　　　　　　　　　Adam T. Hill
　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.
　　　　　　　　　　　　　　　　10 N. Dearborn St. Fl. 3
　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　PH: 312-578-9425
　　　　　　　　　　　　　　　　Ahill@consumerlawcenter.com

# EXHIBIT A

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on November 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Thomas A. Leghorn  
Jill E. Allward  
150 E. 42nd St.  
New York, NT 10017  
PH: 212-490-3000  

Attorneys for Defendant,  
Midland Credit Management, Inc.

             By: */s/ Adam T. Hill*  
             Adam T. Hill