UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY SANTOS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>                    Defendant. | Civil No. 11-cv-3707<br><br>**SATISFACTION OF JUDGMENT** |

### SATISFACTION OF JUDGMENT

On November 14, 2011, Plaintiff accepted Defendant's Rule 68 Offer of Judgment. Defendant has fully satisfied the provisions of the Rule 68 Offer of Judgment. Accordingly, the parties request all future dates to be stricken as moot.

Dated:        February 23, 2012                    KROHN & MOSS, LTD.

                                                    By:   /s/Adam T. Hill                          
                                                       Adam T. Hill
                                                       KROHN & MOSS, LTD.
                                                       10 N. Dearborn, 3rd Floor
                                                       Chicago, Illinois 60602
                                                       Telephone:  312-578-9428
                                                       Telefax:  866-802-0021
                                                       ahill@consumerlawcenter.com
                                                       Attorney for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    By:   /s/ Adam T. Hill           
                                                            Adam T. Hill